**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

GREGORY S. MEYERS,

Plaintiff,

vs.

MICHAEL J. ASTRUE,[1]
Commissioner of Social Security,

Defendant.

______________________________/

No. CIV S-05-2540-CMK

ORDER

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

On December 15, 2005, the court issued a scheduling order which required plaintiff to file a dispositive motion within 45 days of service of defendant's response to the complaint and certified administrative record. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court orders

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Michael J. Astrue is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption.

and rules. See Local Rule 11-110. A review of the docket reflects that the answer and certified administrative record were served on September 19, 2005, before this case was transferred from the District of Nevada. To date, plaintiff has not filed a dispositive motion.

A review of the docket also reflects that defendant has notified the court regarding consent to proceed before a Magistrate Judge. Plaintiff, however, has not notified the court regarding consent. Pursuant to the court's scheduling order and Eastern District of California Local Rules, Appendix A, the time to do so has now expired.

Plaintiff will be required to show cause and is warned that failure to respond to this order may result in dismissal of the action. See Local Rule 11-110. The filing of a dispositive motion and submission of proper notification regarding consent, within the time provided herein, will constitute an adequate response to this order to show cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing, within 20 days from the date of service of this order, why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders; and

2. The Clerk of the Court is directed to serve on plaintiff a copy of the court's form entitled "Consent to Assignment or Request for Reassignment."

DATED: June 4, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE