```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
JOHN C. CUSKER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail: john.cusker@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| GREGORY S. MYERS,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | No. CIV-S-05-2540-CMK<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

　　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND FIVE HUNDRED TWENTY-FIVE dollars and NO cents ($2,525.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

　　　　The parties further agree that Plaintiff's Motion for Award of Attorney Fees, filed July 31, 2007, shall be withdrawn, and superceded by this stipulation.

　　　　This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of TWO THOUSAND FIVE HUNDRED TWENTY-FIVE dollars and NO cents ($2.525.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: 8/27/08
/s/ Hal Taylor
*(As authorized via telephone)*
HAL TAYLOR, Esq.
Attorney for Plaintiff

Dated: 8/27/08
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ John C. Cusker
JOHN C. CUSKER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED:**

DATED: August 29, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE